Mar 2, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. –MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

17-20156-CR-MORENO/O'SULLIVAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

CHRISTOPHER SCOTT VEGA,

                      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning on or about December 22, 2016 and continuing through on or about February 17, 2017, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**CHRISTOPHER SCOTT VEGA,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to the defendant **CHRISTOPHER SCOTT VEGA**, the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 2

On or about December 22, 2016, in Broward County, in the Southern District of Florida, the defendant,

**CHRISTOPHER SCOTT VEGA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 3

On or about January 31, 2017, in Broward County, in the Southern District of Florida, the defendant,

**CHRISTOPHER SCOTT VEGA,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

## COUNT 4

On or about February 8, 2017, in Miami-Dade County, in the Southern District of Florida, the defendant,

**CHRISTOPHER SCOTT VEGA,**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

## CRIMINAL FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CHRISTOPHER SCOTT VEGA**, has an interest.

2. Upon conviction of any of the violations alleged in Counts 1 through 4 of this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violations, and any property of the defendant, which was used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ROBERT J. BRADY, JR.
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

vs.

CHRISTOPHER SCOTT VEGA,                **CERTIFICATE OF TRIAL ATTORNEY***

          **Defendant.**
_____/    **Superseding Case Information:**

**Court Division**: (Select One)    New Defendant(s)         Yes ____ No ____
                                    Number of New Defendants ____
__X__ Miami    ____ Key West        Total number of counts   ____
____ FTL       ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  No
   List language and/or dialect  English

4. This case will take  __2-3__  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days      __X__              Petty    ____
   II   6 to 10 days     ____               Minor    ____
   III  11 to 20 days    ____               Misdem.  ____
   IV   21 to 60 days    ____               Felony   __X__
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)  __No__
   If yes:
   Judge: _____        Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __Yes__
   If yes:
   Magistrate Case No.                    1:17-mj-02243-Goodman
   Related Miscellaneous numbers:         _____
   Defendant(s) in federal custody as of  February 17, 2017
   Defendant(s) in state custody as of    _____
   Rule 20 from the
                                          District of _____

   Is this a potential death penalty case? (Yes or No)    __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    ____ Yes  __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    ____ Yes  __X__ No

                                         _____
                                         ROBERT J. BRADY, JR.
                                         ASSISTANT UNITED STATES ATTORNEY
                                         Court No. A5501703

*Penalty Sheet(s) attached                                    REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CHRISTOPHER SCOTT VEGA

**Case No:**

Count #: 1

Conspiracy to Possess with Intent to Distribute Methamphetamine

Title 21, United States Code, Section 846

**\*Max. Penalty:** life imprisonment

Count #: 2

Distribution of Methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 years imprisonment

Count #: 3

Possession with Intent to Distribute Methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 years imprisonment

Count #: 4

Distribution of Methamphetamine

Title 21, United States Code, Section 841(a)(1)

**\*Max. Penalty:** 40 years imprisonment

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.