UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20156-CR-MORENO(s)

UNITED STATES OF AMERICA

vs.

CHRISTOPHER SCOTT VEGA,

                Defendant.
_____/

## MOTION FOR DOWNWARD DEPARTURE

Pursuant to U.S.S.G. §5K1.1, the United States of America hereby moves for a downward departure from the advisory Sentencing Guidelines range applicable to defendant Christopher Scott Vega (Vega) in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the Government states as follows:

1. On March 23, 2017, a federal grand jury in Miami returned a five-count superseding indictment against Vega. Count One alleged conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 846; Counts Two and Four each alleged distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1); and Counts Three and Five each alleged possession with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. § 846.

2. On April 28, 2017, Vega pled guilty to Count One of the superseding indictment. His sentencing hearing is scheduled for July 19, 2017.

3. Based on the facts of this case, as will be detailed at the sentencing hearing, Vega's

1

assistance warrants a reduction in sentence under U.S.S.G. §5K1.1.

   4.  Accordingly, the United States respectfully moves this Court for a 20% reduction in Vega's sentence pursuant to U.S.S.G. §5K1.1.

              Respectfully submitted,
              BENJAMIN G. GREENBERG
              ACTING UNITED STATES ATTORNEY

           By: /s/ *Robert J. Brady, Jr.*
              ROBERT J. BRADY, JR.
              Assistant United States Attorney
              District Court No. A5501703
              99 Northeast 4th Street
              Miami, Florida 33132-2111
              Tel: (305) 961-9188
              Fax: (305) 530-7213

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 18, 2017, I electronically filed the foregoing document with the Clerk of the Court and all counsel of record using CM/ECF.

                                                        /s/ *Robert J. Brady, Jr.*
                                                        ROBERT J. BRADY, JR.
                                                        Assistant United States Attorney