UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Sentencing Minutes for Hon. Federico A. Moreno

DATE  07/19/2017    DEFT  CHRISTOPHER VEGA CASE NO. 17-20156-CR-MORENO

REPORTER    Gilda Pastor-Hernandez                CLERK    Shirley Christie

AU SA  Robert Brady                DEFT. COUNSEL    Joaquin Padilla, AFPD

USPO   Nicole Pender              INTERPRETER   N/A

   ( ) Deft. failed to appear - warrant to issue.   Bond forfeited.

   () Sentencing   continued until _____

   (xxx ) JUDGMENT AND SENTENCE

**Imprisonment:**    47 MONTHS

(xxx )  **Custody of Defendant**

   (xxx)Remanded to the United States Marshal

   () Voluntary Surrender to (designated institution or U.S. Marshal) on

   (xxx)Commitment recommendation:    Drug Treatment; Pensacola

**Supervised Release:**    Five years   (Drug treatment)

**Assessment:**    $100.00

**Other: (Fine, restitution, etc.)**   NO Fine

**(xx ) Additional comments:**

COURT   TIME:   15    minutes