UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **17-20156-CR-MORENO**

UNITED STATES OF AMERICA,
               Plaintiff,

vs.

**CHRISTOPHER SCOTT VEGA,**
               Defendant.

_____/

## ORDER GRANTING MOTION FOR DOWNWARD DEPARTURE

THIS CAUSE came before the Court upon government's motion for downward departure

**[D.E. #37]** and a sentencing hearing being held on September 19, 2017, it is

ORDERED and ADJUDGED that said motion is **GRANTED.**

DONE and ORDERED in Open Court in Miami-Dade County this 19th day of July, 2017

and signed this _____21_____ day of July, 2017.


_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE



Copies furnished to:

All counsel of record